| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bloom, Lois S. | 2. Court or Organization<br><br>United States District Court, Eastern District of New York | 3. Date of Report<br><br>05/06/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial    ☑ Annual      ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | | |
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Lois S. | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Lois S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds Income Fund of America (a) | B | Dividend | K | T | Redeemed (part) | 12/21/12 | J | | |
| 2. Pfizer | A | Dividend | J | T | | | | | |
| 3. Citibank Accounts | A | Interest | K | T | | | | | |
| 4. Wells Fargo | A | Interest | J | T | | | | | |
| 5. Fidelity SEP IRA (heading for items below) | C | Dividend | M | T | | | | | |
| 6. Fidelity International Disc | A | Dividend | J | T | | | | | |
| 7. Fidelity Latin America | A | Dividend | K | T | | | | | |
| 8. Spartan Int'l Index Investor Class | A | Dividend | J | T | | | | | |
| 9. Spartan 500 Index Investor Class | A | Dividend | K | T | | | | | |
| 10. Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 11. Fidelity Puritan | A | Dividend | K | T | | | | | |
| 12. Fidelity Puritan | A | Dividend | K | T | | | | | |
| 13. Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 14. Schwab Advisor Cash Reserve/ Schwab IRA Rollover | A | Interest | L | T | | | | | |
| 15. Accenture PLC | A | Dividend | J | T | | | | | |
| 16. Activision Blizzard Inc | A | Dividend | J | T | Buy | 6/7/12 | J | | |
| 17. American Eagle | A | Dividend | J | T | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | | |
| | U =Book Value | V =Other | W =Estimated | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bloom, Lois S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast | A | Dividend | J | T | | | | | |
| 19. EMC Corp - Mass | | None | J | T | | | | | |
| 20. Ishares Australia Index Fund | A | Dividend | J | T | Buy | 7/12/12 | J | | |
| 21. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 22. Nokia Corp | A | Dividend | J | T | Buy | 4/4/12 | J | | |
| 23. Seadrill LTD | A | Dividend | J | T | | | | | |
| 24. Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 25. TJX Cos Inc | A | Dividend | J | T | | | | | |
| 26. Virnetx Holding Corp | | None | J | T | Buy | 10/12/12 | J | | |
| 27. NY 529 College Savings Program (age - based) | A | Dividend | K | T | Buy (add'l) | 01/01/12 | J | | |
| 28. NY 529 College Savings Program (age - based) | A | Dividend | K | T | Buy (add'l) | 01/01/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Lois S. | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My report at Part VII lines 26 and 27 list "NY 529 College Savings Program." Less than $1,000 is contributed to each plan monthly.

My report at Part VII line 14 combines Schwab Advisor Cash Reserve and Schwab IRA rollover; I incorrectly listed these as two separate accounts last year. I apologize for the error.

My report at Part VII lines 11 and 12 list two Fidelity Puritan IRA accounts. ⬛⬛⬛⬛⬛⬛⬛⬛. I incorrectly listed only one account last year.

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Lois S. | 05/06/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lois S. Bloom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544